IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Nemet Chevrolet, Ltd., et al, )
    Plaintiffs, )
     )
v. ) Case No. 1:08cv254 (GBL)
     )
Consumeraffairs.com, Inc., )
    Defendant. )

### ORDER

THIS MATTER is before the Court on Defendant Consumeraffairs.com's Motion to Dismiss or Strike Amended Complaint. Having reviewed the parties' submissions, the Court holds that the allegations contained in the Amended Complaint to not sufficiently set forth a claim asserting that Defendant authored the content at issue. Furthermore, the allegations are insufficient to take this matter outside of the protection of the Communications Decency Act. Therefore for the aforementioned reasons and the reasons stated in Defendant's Brief in Support of Motion to Dismiss or Strike Amended Complaint it is hereby

ORDERED that Defendant Consumeraffairs.com's Motion to Dismiss or Strike Amended Complaint is GRANTED.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 11th day of September, 2008.

Alexandria, Virginia
09/ 11 /08

/s/
Gerald Bruce Lee
United States District Judge

/s/

Gerald Bruce Lee
United States District Judge