FILED: January 20, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2097
(1:08-cv-00254-GBL-TCB)

FILED
JAN 20 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

NEMET CHEVROLET, LTD; THOMAS NEMET, d/b/a Nemet Motors,

Plaintiffs - Appellants

v.

CONSUMERAFFAIRS.COM, INCORPORATED,

Defendant - Appellee

O R D E R

Costs for these proceedings are taxed and certified as follows for inclusion in this Court's mandate in accordance with Fed. R. App. P. 39(d):

Docketing Fee: N/A
Printing Costs: $212.00
**TOTAL COSTS AWARDED:** $212.00

For the Court--By Direction

/s/ Patricia S. Connor, Clerk